DOCUMENTS UNDER SEAL ☐  
DOCUMENT NUMBER:

| | |
|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Ivy Lerma Garcia |
| | REPORTER/FTR: FTR 8/27/07 10:19:41-10:44:05 |
| MAGISTRATE JUDGE: HON. WAYNE D. BRAZIL | DATE: 8/27/07 |
| NEW CASE ☐ | CASE NUMBER: 4-07-70488-WDB |

### APPEARANCES

| DEFENDANT: CHARLES A. PHILLIPS | AGE | CUST: Yes | P/NP: P | ATTORNEY FOR DEFENDANT: Jerome Matthews for H. Fox (Relieved) William Welch - Retained | PD ☐ APPT. ☐ | RET. ☐ |
| U.S. ATTORNEY: Stephen Corrigan for George Bevan, Jr. | INTERPRETER: None | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER: None | PRETRIAL SERVICES OFFICER: Taifa Gaskins | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☒ SUBSTITUTION OF COUNSEL — 2 Mins HELD | ☐ ARRAIGNMENT | ☐ BOND SIGNING | ☐ IA REV PROB. or S/R | ☐ BAIL REVIEW |
| ☒ DETENTION HRG — 23 Mins HELD | ☐ ID/REMOVAL HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ SUP REL HRG |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS   ☐ ADVISED OF CHARGES   ☐ NAME AS CHARGED IS TRUE NAME   ☐ TRUE NAME:

**FILED AUG 27 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION   ☐ ARRAIGNED ON INDICTMENT   ☐ READING WAIVED SUBSTANCE   ☐ WAIVER OF INDICTMENT

### RELEASE

☐ RELEASED ON O/R   ☒ ISSUED APPEARANCE BOND   AMT OF SECURITY: $200,000 PR Unsecured   SPECIAL NOTES   ☐ PASSPORT SURRENDERED DATE

PROPERTY TO BE POSTED   ☐ CASH $   CORPORATE SECURITY ☐   REAL PROPERTY: ☐

☐ MOTION FOR DETENTION   ☐ PRETRIAL SERVICES REPORT   ☐ DETAINED   ☒ RELEASED   ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED   ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED   ☐ NOT GUILTY   ☐ GUILTY   GUILTY TO COUNTS: ☐

☐ PRESENTENCE REPORT ORDERED   ☐ CHANGE OF PLEA   ☐ PLEA AGREEMENT FILED   OTHER:

### CONTINUANCE

| TO: 9/10/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: HIS PRELIM. HRG. | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

Date previously set bef. Mag. Judge Wayne D. Brazil for Prelim. Hrg./Arraignment on 8/31/07 at 10:00 a.m. VACATED. The govt's atty. has no objection releasing the deft. on an unsecured bond as long as it's co-signed by sureties. For now, the Court ordered that the deft. be released to Teresa Phillips, deft's mother, who has agreed to act as his custodian. The Court may agree to modify his release conditions later by substituting Andrea Luna, deft's significant other, as his custodian.
cc: WDB's Stats, Pretrial