SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN T. STRETCH (CSBN 163973)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: 510-637-3689
   Fax: 510-637-3679
   Email: George.bevan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,   )<br>          v.              )<br>                     )<br>CHARLES A. PHILLIPS,   )<br>          Defendant.  )<br>_____) | Case No. 4-07-70488-WDB<br><br>STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT OR PRELIMINARY <u>HEARING, AND WAIVER OF TIME</u> |

      The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to continue the date of the defendant's arraignment or preliminary hearing from **September 10, 2007**, to **October 15, 2007**, at **10:00 a.m.** The government is continuing to provide discovery; the government is providing additional/replacement discovery requested by the defendant; and the defendant needs this additional time to evaluate the case and make decisions pertinent to the future course of this proceeding.

      For these reasons, the parties stipulate to continue the present date of September 10, 2007, to October 15, 2007, at 10:00 a.m. The parties further stipulate in the interest of

justice to waive time for the preliminary hearing/arraignment until October 15, 2007, for the reasons set forth herein.

Respectfully submitted,

Dated:       09/07/07                                /s/
GEORGE L. BEVAN JR.
United States Attorney

Dated:       09/07/07                                /s/
WILLIAM A. WELCH
Attorney for Defendant Charles Phillips

IT IS SO ORDERED.

Dated:  September 7, 2007         _____
WAYNE D. BRAZIL
United States Magistrate Judge

JOINT STIPULATION TO
RESCHEDULE CHANGE OF PLEA                    2