AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---OFFENSE CHARGED---

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHEMENT

---DEFENDANT - U.S.---

▶ CHARLES A. PHILLIPS

DISTRICT COURT NUMBER

CR07-00643

FILED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---PROCEEDING---

Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70488 WD

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   GEORGE L. BEVAN, JR., AUSA

---DEFENDANT---

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
Northern District Of California

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY _____

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

CHARLES A. PHILLIPS

| OFFENSE: | PENALTY |
|---|---|
| COUNT ONE: 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine | Life imprisonment, with a mandatory minimum of 10 years; $4,000,000 fine, at least 5 years supervised release; $100 special assessment |
| COUNT TWO: 21 U.S.C. § 856(a)(1) – Use of Place for Distribution of Methamphetamine | 20 years imprisonment; $500,000 fine, 5 years supervised release. $100 special assessment |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

CHARLES A. PHILLIPS,

CR07-0 643

DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine
21 U.S.C. § 856(a)(1) – Use of Place for Distribution of Methamphetamine

---

A true bill.

_____ Foreman

Filed in open court this 11th day of October, 2007

_____ Clerk

Bail $ No process.

Wayne D. Brazil   10-11-07

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                           OAKLAND DIVISION
12
13  UNITED STATES OF AMERICA,         )    No.
                                      )
14           Plaintiff,                )    VIOLATIONS: 21 U.S.C. § 841(a)(1) --
                                      )    Distribution of Methamphetamine; 21
15       v.                            )    U.S.C. § 856(a)(1) – Use of Place for
                                      )    Distribution of Methamphetamine.
16                                    )
    CHARLES A. PHILLIPS,              )    OAKLAND VENUE
17                                    )
             Defendant.                )
18                                    )
19
                               I N D I C T M E N T
20
    The Grand Jury charges:
21
    COUNT ONE: 21 U.S.C. § 841(a)(1)
22
         On or about May 2, 2007, in the Northern District of California, the defendant
23
                              CHARLES A. PHILLIPS
24
    did knowingly and intentionally distribute a Schedule II controlled substance, to wit,
25
    approximately 162.5 grams of actual methamphetamine (423.2 grams of a substance and
26
27
28

1  mixture containing methamphetamine), in violation of Title 21, United States Code,
2  Section 841(a)(1).

4  <u>COUNT TWO</u>: 21 U.S.C. § 856(a)(1)
5      On or about May 2, 2007, in the Northern District of California, the defendant
6                                CHARLES A. PHILLIPS
7  did knowingly use the place located at 1477 Madeline Drive, San Pablo, California, for
8  the distribution of methamphetamine, a Schedule II controlled substance, in violation of
9  Title 21, United States Code, Section 856(a)(1).

12  DATED:                                    A TRUE BILL.
13  October 11, 2007

14                                            _____
15                                                    FOREPERSON

17  SCOTT N. SCHOOLS
    United States Attorney
19  _____
    DOUGLAS SPRAGUE
20  Chief, Oakland Division

22  (Approved as to form: _____)
            AUSA  G. L. BEVAN JR