UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE MARTIN J. JENKINS
Date:  10/26/07

**Clerk:** Frances Stone for Monica Narcisse
**Court Reporter:** MARGO GURULE

**Plaintiff:**  United States

v.                                                              **No.**  CR-07-00643-MJJ

**Defendant:** Charles A. Phillips [present; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** William Welch

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS/TRIAL SETTING              -STATUS HELD

**Notes:**

**Case Continued to:**   12/7/07 AT 2:30PM   for   STAT OR CHANGE OF PLEA(OAK Ctrm #4)

**Case Continued to:**         for

**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**              for Pretrial Conference

**Case Continued to**         for         Trial


**Excludable Delay: Category: Begins:  10/26/07     Ends:**  12/7/07