UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge:** MARTIN J. JENKINS

**Date**: December 07, 2007

**Case No:** CR 07-00643 MJJ

**Case Title**: UNITED STATES v. CHARLES PHILLIPS (present)

**Appearances:**

    For the Government: Garth Hire

    For Defendant(s): William Welch

**Interpreter:**                              **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Diane Skillman

### *PROCEEDINGS*

1. Status and Trial Setting - held

### *SUMMARY*

- An independent testing will be conducted for the drugs in question.
- The matter is continued to **Friday, 02/01/08 at 2:30 PM (Oak) for Further Status and Trial Setting**. Counsel shall file status statements prior to the next hearing. Time is excluded until Feb. 1, 2008 for effective preparation of counsel.