```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  GARTH HIRE (CASBN 187330)
    Assistant United States Attorney
 5
       1301 Clay Street; Suite 340-S
 6     Oakland, California 94612
       Phone: 510/637-3929
 7     Fax: 510/637-3724
       E-mail: garth.hire@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 07-643 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF SUBSTITUTION OF ATTORNEY |
| CHARLES PHILLIPS, | ) |
| Defendant. | ) |

Please take notice that as of January 3, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address is listed below is assigned to be counsel for the government.

GARTH HIRE<br>
Assistant United States Attorney<br>
1301 Clay Street; Suite 340S<br>
Oakland, California 94612<br>
Phone: 510/637-3929<br>
Fax: 510/637-3724<br>
E-mail: garth.hire@usdoj.gov

DATED: February 20, 2008            Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    _____/s/_____
                                    GARTH HIRE
                                    Assistant United States Attorney

SUBSTITUTION OF ATTORNEY