UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  2/22/08

**Clerk:** Frances Stone
**Court Reporter:** NOT HELD-NOT REPORTED

**Plaintiff:**  United States

**v.**                                                                             **No.** CR-07-00643-DLJ

**Defendant:**  Charles Albert Phillips Jr.  [not present; not in custody]

**Appearances for AUSA:**  no appearances

**Appearances for Defendant:** no appearances

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

STATUS                              -NOT HELD

**Notes:**  Counsel will submit a stipulation and order to the Court setting a Status for 3/7/08 at 9:00AM and for exclusion of time.

**Case Continued to**      for

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                     for Pretrial Conference

**Case Continued to**          for           Trial

**Excludable Delay: Category: Begins:**           **Ends:**