UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  3/7/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                          **No.** CR-07-00643-DLJ

**Defendant:** Charles Albert Phillips, Jr. (on bond)

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** William Welch

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
STATUS                             -HELD

**Notes:**

**Case Continued to**   4/11/08 AT 9:00AM     for  STATUS OR CHANGE OF PLEA

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                         for Pretrial Conference

**Case Continued to**          for            Trial


**Excludable Delay: Category: Begins:**   3/7/08    **Ends:**  4/11/08