# ~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Court Judge | **FILED**<br>MAR 1 7 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | **RE:** | Charles Phillips |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | | **DOCKET NO.:** | CR 07-00643 ~~WDB~~ DLJ |
| **DATE:** | March 17, 2008 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                            415-436-7508
**U.S. PRETRIAL SERVICES OFFICER**          **TELEPHONE NUMBER**

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[X] Other Instructions: Please do not report "violations" of five minutes or less.

_____  3/17/08   _____
**JUDICIAL OFFICER** (Wayne D. Brazil)        **DATE**

Cover Sheet (12/03/02)

cc: WDB's stats, Copy to parties via ECF, Pretrial, Financial, Frances

|         |                                                        |
|---------|--------------------------------------------------------|
| **To:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Court Judge |
| **From:** | Rich Sarlatte<br>U.S. Pretrial Services Officer |
| **Subject:** | Charles Phillips<br>Docket No.: CR 07-00643 WDB<br>NOTICE OF VIOLATION OF RELEASE CONDITIONS |
| **Date:** | March 17, 2008 |



# MEMORANDUM

---

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☐ the defendant shall report as directed by U.S. Pretrial Services
- ☐ the defendant shall seek or maintain gainful employment
- ☐ the defendant shall remain in the custody of a third party custodian
- ☐ the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☐ the defendant's travel shall be restricted to
- ☐ the defendant shall comply with a curfew from_____ to _____
- ☒ the defendant shall submit to electronic monitoring
- ☐ other special condition _____

## **VIOLATION**

The defendant has apparently violated the release conditions by:

- ☐ not reporting as directed
- ☐ failing to maintain or secure gainful employment
- ☐ not residing with the third party custodian
- ☐ failed to report for drug testing and/or scheduled treatment
- ☐ traveling outside of the court restricted area without Court permission
- ☐ violating curfew
- ☒ violating the terms of electronic monitoring
- ☐ other:_____

PAGE 2 OF 2
NOTICE OF VIOLATION OF RELEASE CONDITIONS TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: PHILLIPS, CHARLES            Docket No.: CR 07-00643 WDB

### DETAILS OF ALLEGED VIOLATION

On March 17, 2008, this officer received an alert that the defendant left his home without authorization at 8:29am. The defendant is authorized to leave his home at 8:30am. Mr. Phillips was contacted and reminded that he cannot leave his home until after 8:30am.

### RECOMMENDATION

Based upon the alleged violation(s), U.S. Pretrial Services respectfully recommends that the Court:

- ☒ not take any punitive action at this time
- ☐ convene a Bail Violation Hearing to discuss this situation
- ☐ other:_____

This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

Rich Sarlatte
Electronic Monitoring Specialist
U.S. Pretrial Services Officer

Reviewed by:

Silvio Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer

cc: William Welch, Defense counsel
    Garth Hire, Assistant U.S. Attorney