UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   4/11/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                                                                   **No.** CR-07-00643-DLJ

**Defendant:** Charles Albert Phillips Jr. [ present; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** William Welch

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                             -HELD
**Change of Plea- NOT HELD**

**Notes:**

**Case Continued to 5/23/08 AT 9:00AM    for  CHANGE OF PLEA**

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                        for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**   4/11/08       **Ends:** 5/23/08