WILLIAM A. WELCH, CSBN 188391
530 Divisadero Street, # 225
San Francisco, California  94117
415/609-5591
415/437-1315 FAX

Attorney for Defendant
CHARLES A. PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00643 DLJ |
| Plaintiff, | |
| v. | **STIPULATION ORDER TO MODIFY CONDITIONS OF ELECTRONIC MONITORING FOR ONE DAY** |
| CHARLES A. PHILLIPS, | |
| Defendant. | |

Defendant, by and through his attorney of record, plaintiff, by and through its attorney of record, and Pretrial Services, by and through its agent, stipulate and agree as follows:

1. Defendant Charles A. PHILLIPS is out on bond and, as of March 14, 2008, subject to electronic monitoring.

2. Defendant has requested a modification of the conditions of electronic monitoring to permit him to attend a birthday party for his son that is to be held on Sunday, April 27, 2008 @ Refugio Park in Hercules, California between the hours of 10:00 a.m. and 6:00 p.m.

3. The government and Pretrial Services have no objection to this request to modify the conditions of electronic monitoring for this purpose.

STIPULATION ORDER

   IT IS SO STIPULATED.

DATE: April 23, 2008          Respectfully submitted,

                    /s/[1]
                    WILLIAM A. WELCH
                    Attorney for Defendant
                    CHARLES A. PHILLIPS

/s/
GARTH HIRE
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

## ORDER

  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED: The conditions of electronic monitoring are hereby modified to permit defendant CHARLES A. PHILLIPS to attend his son's birthday party on April 27, 2008 @ Refugio Park in Hercules, California between the hours of 10:00 a.m. and 6:00 p.m.

DATED: _____         _____
                    HONORABLE WAYNE D. BRAZIL
                    UNITED STATES MAGISTRATE JUDGE

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION ORDER         2