# William A. Welch

### Attorney at Law
530 divisadero street, #225
San Francisco, CA 94117
415/609-5591; fax 415/437-1315

May 27, 2008

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
Oakland Division
1301 Clay Street
Oakland, CA 94612

Garth Hire, Assistant United States Attorney
United States Attorney, Northern District of California
Federal Courthouse
1301 Clay Street, Suite 340-S
Oakland, CA 94612-5217

Rich Sarlatte
U.S. Pretrial Officer Specialist         *VIA FACSIMILE 415/436-7517*

Re: *U.S. v. PHILLIPS, Charles A.*; CR 07-00643 DLJ
   **REQUEST TO CALENDAR HEARING ON FRIDAY, MAY 30TH @ 10:00
   TO MODIFY CONDITIONS OF ELECTRONIC MONITORING**

Dear Sirs,

Please allow this letter to serve as notice that defendant, Charles A. PHILLIPS, requests that the above-entitled matter be placed on calendar this Friday, May 30th @ 10:00 a.m. for a hearing on defendant's request to modify the conditions of electronic monitoring. Defendant will be requesting to be allowed to leave his house during the day, subject to curfew and geographical restrictions.

Sincerely,
/s/
William A. Welch
Attorney for defendant
CHARLES A. PHILLIPS