| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 9 Mins | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Ivy L. Garcia | | | REPORTER/FTR FTR: 5/30/08 10:22:42-10:31:17 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | | DATE 5/30/08 | | NEW CASE ☐ | CASE NUMBER CR-07-00643-DLJ | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT CHARLES A. PHILLIPS | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT William Welch | | PD. ☐ RET. ☒ APPT. ☐ |
| U.S. ATTORNEY Garth Hire | | INTERPRETER None | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER None | | PRETRIAL SERVICES OFFICER Rich Sarlatte | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | | ☐ PARTIAL PAYMENT OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☒ | BOND HEARING 9 Mins HELD | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

**FILED MAY 30 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | | SPECIAL NOTES | ☐ | PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO: 6/20/08 | | ☐ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT: 10:00 a.m. | | ☐ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGNMENT | ☒ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON. D. LOWELL JENSEN | | ☐ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ | TIME WAIVED | ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Deft's request to modify the conditions of elec. monitoring to allow him to leave his house during the day to spend more time with his son, mother & friends/other family - with objections from both the govt's atty. & Pret. Svcs., request DENIED. The Court said that if there's a need for the deft. to go out/spend time with his family on certain occasion, the Court will permit him as long as it's agreed upon by the govt's atty.
cc: WDB's Stats, Frances, Pretrial Svcs.

DOCUMENT NUMBER: