## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### Criminal Pretrial Minute Order
### JUDGE D. LOWELL JENSEN
### Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                            **No.** CR-07-00643-DLJ

**Defendant:** Charles Albert Phillips Jr. [present; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** William Welch

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                              -HELD
Change of Plea- Not Held

**Notes:**

**Case Continued to**            for

**Case Continued to:**  6/20/08 at 9:00AM     for Trial Setting or/Change of Plea
**Case Continued to:**        for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                     for Pretrial Conference

**Case Continued to**       for           Trial


**Excludable Delay: Category: Begins:  5/23/08   Ends: 6/20/08**