```
 1  WILLIAM A. WELCH, CSBN 188391
    530 Divisadero Street, # 225
 2  San Francisco, California  94117
    415/609-5591
 3  415/437-1315 FAX

 4  Attorney for Defendant
    CHARLES A. PHILLIPS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00643 DLJ |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF ELECTRONIC MONITORING FROM THURSDAY, JUNE 12TH THROUGH SUNDAY, JUNE 15th** |
| CHARLES A. PHILLIPS, | |
| Defendant._____ / | |

Defendant, by and through his attorney of record, plaintiff, by and through its attorney of record, and Pretrial Services, by and through its agent, stipulate and agree as follows:

1. Defendant Charles A. PHILLIPS is out on bond and, as of March 14, 2008, subject to electronic monitoring.

2. Defendant has requested a modification of the conditions of electronic monitoring from Thursday, June 12th through Sunday, June 15th to allow him to engage in the following activities.  On Thursday, June 12th, Mr. Phillips' son will be finishing school which will include end of the year school celebrations to be followed by pizza and games at "Chuck-E-Cheese" with friends during the hours of 10:00 a.m. through 6:00 p.m.  On Friday, June 13th, Mr. Phillips will take his son to "Skandia" in Fairfield which is an amusement park (putt-putt golf, batting cages,

1  and video games) between the hours of 10:00 a.m. and 6:00 p.m.  On Saturday, June 14th, Mr.

2  Phillips will spend the day with his mother (her birthday was this past weekend) and have dinner

3  in the Pinole area (Red Lobster or steak house) between the hours of 10:00 a.m. and 8:00 p.m.

4  On Sunday, June 15th, for father's day Mr. Phillips will visit his grandmother in the morning for

5  breakfast, spend the afternoon with his mother and sister, and the day will culminate in a family

6  dinner in the Pinole area,  between the hours of 8:00 a.m. and 8:00 p.m.

7       3.  The government and Pretrial Services have no objection to this request to modify

8  the conditions of electronic monitoring for this purpose.

10       IT IS SO STIPULATED.

11  DATE: June 11, 2008                              Respectfully submitted,

13                                                   _____/s/[1]_____
                                                     WILLIAM A. WELCH
                                                     Attorney for Defendant
14                                                   CHARLES A. PHILLIPS

16  _____/s/_____
    GARTH HIRE
17  Assistant United States Attorney
    Attorney for Plaintiff
18  UNITED STATES OF AMERICA

20                                          **ORDER**

21       FOR GOOD CAUSE SHOWN, IT IS SO ORDERED: The conditions of electronic

22  monitoring are hereby modified to permit defendant CHARLES A. PHILLIPS to engage in the

23  foregoing activities from Thursday, June 12th through Sunday, June 15th.

25  DATED: _____             _____
                                        HONORABLE WAYNE D. BRAZIL
26                                      UNITED STATES MAGISTRATE JUDGE

---

28  [1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.