WILLIAM A. WELCH, CSBN 188391
530 Divisadero Street, # 225
San Francisco, California 94117
415/609-5591
415/437-1315 FAX

Attorney for Defendant
CHARLES A. PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00643 DLJ |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF ELECTRONIC MONITORING FOR WEDNESDAY, JUNE 18TH AND THURSDAY, JUNE 19th** |
| CHARLES A. PHILLIPS, | |
| Defendant. | |

      Defendant, by and through his attorney of record, plaintiff, by and through its attorney of record, and Pretrial Services, by and through its agent, stipulate and agree as follows:

      1. Defendant Charles A. PHILLIPS is out on bond and, as of March 14, 2008, subject to electronic monitoring.

      2. Defendant has requested a modification of the conditions of electronic monitoring for Wednesday, June 18th and Thursday, June 19th to allow him to engage in the following activities. On Wednesday, June 18th, Mr. Phillips' will go with his son to San Pablo Reservoir for boating and fishing between the hours of 10:00 a.m. through 6:00 p.m. On Thursday, June 19th, Mr. Phillips will spend the day with his girlfriend in Vallejo by going out to lunch, seeing a movie, and going out to dinner between the hours of 10:00 a.m. and 8:00 p.m.

3.  The government and Pretrial Services have no objection to this request to modify the conditions of electronic monitoring for this purpose.

IT IS SO STIPULATED.

DATE: June 17, 2008                                        Respectfully submitted,

```
                                        _____/s/[1]_____
                                        WILLIAM A. WELCH
                                        Attorney for Defendant
                                        CHARLES A. PHILLIPS
```

```
_____/s/_____
GARTH HIRE
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED: The conditions of electronic monitoring are hereby modified to permit defendant CHARLES A. PHILLIPS to engage in the foregoing activities for Wednesday, June 18th and Thursday, June 19th.

DATED: _____                    _____
                                            HONORABLE WAYNE D. BRAZIL
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION ORDER                            2