WILLIAM A. WELCH, CSBN 188391
530 Divisadero Street, # 225
San Francisco, California  94117
415/609-5591
415/437-1315 FAX

Attorney for Defendant
CHARLES A. PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00643 DLJ |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF ELECTRONIC MONITORING FOR WEDNESDAY, JUNE 18TH AND THURSDAY, JUNE 19th** |
| CHARLES A. PHILLIPS, | |
| Defendant. | |
| _____/ | |

Defendant, by and through his attorney of record, plaintiff, by and through its attorney

of record, and Pretrial Services, by and through its agent, stipulate and agree as follows:

1.  Defendant Charles A. PHILLIPS is out on bond and, as of March 14, 2008, subject

to electronic monitoring.

2.  Defendant has requested a modification of the conditions of electronic monitoring

for Wednesday, June 18th and Thursday, June 19th to allow him to engage in the following

activities.  On Wednesday, June 18th, Mr. Phillips' will go with his son to San Pablo Reservoir

for boating and fishing between the hours of 10:00 a.m. through 6:00 p.m.  On Thursday, June

19th, Mr. Phillips will spend the day with his girlfriend in Vallejo by going out to lunch, seeing a

movie, and going out to dinner between the hours of 10:00 a.m. and 8:00 p.m.

STIPULATION ORDER

3.  The government and Pretrial Services have no objection to this request to modify the conditions of electronic monitoring for this purpose.


IT IS SO STIPULATED.

DATE: June 17, 2008                          Respectfully submitted,


_____/s/[1]_____
WILLIAM A. WELCH
Attorney for Defendant
CHARLES A. PHILLIPS


_____/s/_____
GARTH HIRE
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA


**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED: The conditions of electronic monitoring are hereby modified to permit defendant CHARLES A. PHILLIPS to engage in the foregoing activities for Wednesday, June 18th and Thursday, June 19th.

DATED: ___6/17/08_____

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Wayne D. Brazil

_____
[1]I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION ORDER                          2