## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Wayne. D. Brazil
U.S. Magistrate Judge

**RE:** Charles Phillips

**FROM:** Richard W. Wieking, Acting Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 07-00643 DLJ

**DATE:** June 18, 2008

FILED JUN 1 8 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte
U.S. Pretrial Services Officer

415-436-7508
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[X] Other Instructions:
Communicate all of this to Judge Jensen.

_____  6-18-08
JUDICIAL OFFICER           DATE

Cover Sheet (03/26/08)