9AM

E-FILING CASE

REMAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER

9:52 – 10:03 AM

**FILED**
JUN 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 6/20/08

Case No: CR-07-00643-DLJ         Judge: D. Lowell Jensen

Reporter: DIANE SKILLMAN         Clerk: Frances Stone

**Defendant(s):**                                     **Defense Counsel:**
CHARLES ALBERT PHILLIPS Jr.  Present? Y  In Custody? N   WILLIAM WELCH

US Attorney: GARTH HIRE        Interpreter:          US Probation Officer: PT SVCS
                                                      BETTY KIM (FOR AUGUSTA LITTLE)

**Reason for Hearing:**           **Ruling:**
~~TRIAL SETTING OR~~/ CHANGE OF PLEA       — HELD

GUILTY PLEA TO COUNT ONE OF THE INDICTMENT. PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED.

**Notes:** GOV MOTO DISMISS CT. 2 DEFERRED TO SENTENCING. DEF REMANDED TODAY INTO CUSTODY IMMEDIATELY FOLLOWING PLEA.

Case continued to: 9/26/08 AT 10AM   for SENTENCING

CC: PROBATION