UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number        CR-07-00643-01-DLJ
Defendant's Name   **CHARLES ALBERT PHILLIPS , Jr.**
Defendant's Counsel  William Welch
Due Date           9/26/08 At 10Am
                   1   Courtroom              Floor  4th

~~~~~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~~~~~

**The Court has directed that a:**

            XX           Presentence Investigation
_____  Bail Investigation
_____  Bail Supervision
_____  Postsentence Investigation
_____  4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

                                    RICHARD W. WIEKING, CLERK

cc to Counsel
cc to Probation              by: _____
                                    Frances Stone , Deputy Clerk

                             Dated: 6/20/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?  Yes or No  [Interpreter:_____]
Defendant's address: _____
_____
_____
_____